UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
In re:                                                                Case No.: 18-10292 (cgm)
                                                                       Chapter 13

        Arlene Blair,

                Debtor.
-------------------------------------------------X

## ORDER SHORTENING NOTICE PERIOD PURSUANT TO FED. R. BANKR. P. 9006(C)(1) AND LOCAL BANKRUPTCY RULE 9006-1(B) WITH RESPECT TO DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 USC 362(C)(3)(B)

Upon the application (the "Application") of the Debtor dated February 6, 2018 for an order pursuant to Federal Rule of Bankruptcy Procedure 9006(c) and Local Bankruptcy Rule 9006-1(b) shortening the notice period with respect to the service of Debtor's motion dated February 5, 2018 to extend the automatic stay pursuant to 11 U.S.C § 362(c)(3)(B) (the "Stay Extension Motion"); and it appearing no further notice of the Application is required; and sufficient cause appearing therefor:

IT IS HEREBY ORDERED that:

1. That the Application is granted as set forth herein;

2. The notice provided by the Debtor's Stay Extension Motion is deemed adequate and proper and the Court will consider the Stay Extension Motion at the hearing scheduled for February 22, 2018 at 11:00 a.m. (Eastern) before the Honorable Cecelia G. Morris, Chief U.S. Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Manhattan Division, 1 Bowling Green, New York, NY 10004; and

3. Objections to the Stay Extension Motion, if any, must be in writing, filed with the Bankruptcy Court and served upon Debtor's Counsel, Carl J. Nelson Law, P.C., 800 Westchester Avenue, Suite N-641, Rye Brook, NY 10573, Attn: Carl Nelson, Esq. by **February 19, 2018**.  If no objections are timely filed, the relief requested by the Stay Extension Motion may be granted by the Court.



**Dated: February 9, 2018**
    **Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**